In the Matter of RALPH S. KEEP et al., Appellants, against CITY OF LOCKPORT, Respondent.

(Argued June 7, 1933; decided July 11, 1933.)

*William W. Storrs* and *Ellsworth Storrs* for appellants. *Merton K. Doty, Corporation Counsel (Daniel J. Kenefick* and *Daniel J. Kenefick, Jr.,* of counsel), for respondent.

598 

 no opinion.

Concur: CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: POUND, Ch. J. Not sitting: HUBBS, J.